UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                             CASE NO. 14 B 13631
                                                   CHAPTER 13
Luis A Ramirez
                                                   JUDGE JANET S BAER

    DEBTOR                                         **NOTICE OF FINAL CURE PAYMENT**


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  FIFTH THIRD MTG CO

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 1 | 7 | 7264 | $469.98 | $469.98 | $469.98 |
| Total Amount Paid by Trustee | | | | | $469.98 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 14-13631-JSB

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 9th day of April, 2015.

Debtor:
Luis A Ramirez
3824 W 45TH PL
Chicago, IL 60632

Attorney:
BEN W KOYL
17 N STATE ST #1700
CHICAGO, IL 60602
via Clerk's ECF noticing procedures

Creditor:
FIFTH THIRD MTG CO
PO BOX 637640
CINCINNATI, OH 45263-7640

Mortgage Creditor:
FIFTH THIRD MORTGAGE COMPANY
% MANLEY DEAS KOCHALSKI LLC
PO BOX 165028
COLUMBUS, OH 43216-5028

Creditor:
FIFTH THIRD MORTGAGE COMPANY
% MANLEY DEAS KOCHALSKI LLC
PO BOX 165028
COLUMBUS, OH 43216-5028

Mortgage Creditor:
FIFTH THIRD MORTGAGE
5001 KINGSLEY DR
CINCINNATI, OH 45227

ELECTRONIC SERVICE - United States Trustee

Date: April 09, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603